United States District Court
Southern District of Texas
**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| *versus* | | Criminal No. 4:23−cr−00222 |
| Bolaji Okunnu | | |

## SCHEDULING ORDER

1. June 20, 2023 — All motions will be filed no later than this date. <u>All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.</u>

2. June 27, 2023 — Responses to motions will be filed no later than this date.

3. July 14, 2023 at 10:00 AM — Pretrial Conference before Judge George C. Hanks, Jr. United States Courthouse, Ninth Floor, Courtroom 9C, Houston, Texas.
   **DEFENDANT MUST BE PRESENT**

4. July 24, 2023 at 09:00 AM — This case is set for jury trial on this date and time. No later than one business day before this date each counsel will file and deliver to opposing counsel and the court's chambers, a proposed charge to the Jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5. 5 Days — Estimated Trial Time

<u>The court will not consider any papers filed within seven days of any conference, hearing, or sentencing unless counsel delivers copies of such papers to chambers the day they are filed.</u>

Direct questions regarding this schedule to Byron Thomas, Case Manager, U.S. District Clerk's Office, 515 Rusk, 5th Floor, Houston, TX 77002; phone: 713-250-5406.

SIGNED at Houston, Texas on June 7, 2023.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge